### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

Mary Ann Stalter

    v.                                                    Civil No. 05-cv-070-PB

New Hampshire Seacoast Cruises, Inc.

### SCHEDULING ORDER

At a discovery conference the following bench orders were issued:

    1.    All deadlines (except the trial date) are extended 60 days;

    2.    Defendant's expert disclosure date is extended until plaintiff submits to an IME;

    3.    Plaintiff must pay for defense counsel's travel and expenses to come to her for a deposition; and

    4.    Defense counsel may take "discovery" depositions of plaintiff and her treating physician(s) before any videotape depositions.

**SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: March 27, 2006
cc:   Paul J. Haley, Esq.
      Thomas J. Hunt, Esq.
      Leonard W. Langer, Esq.
      William D. Pandolph, Esq.